UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph W. Sullivan

    v.                                            Civil No. 14-cv-00311-PB

Warden, Federal Correctional
 Institution Berlin, New Hampshire

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 16, 2015. The respondent's motion to dismiss (doc. 8) is granted and the § 2241 petition is denied for reasons set forth in the Report and Recommendation. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                  /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

Date: April 8, 2015

cc:   Joseph W. Sullivan, pro se
      Seth Aframe, AUSA